IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SAMANTHA WILLSEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-834

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 21, 2014.

An appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.

Jeffrey E. Lewis, General Counsel, and Melissa J. Ford, Assistant Conflict
Counsel, Office of Criminal Conflict and Civil Regional Counsel, Tallahassee, for
Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.